UNITED STATES of America, Plaintiff–Appellee,

v.

Shon Conner WILLIAMS, a/k/a Baby Boy, Defendant–Appellant.

No. 10–7732.

United States Court of Appeals, Fourth Circuit.

Submitted: May 4, 2011.

Decided: May 19, 2011.

Shon Conner Williams, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Nancy Chastain Wicker, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shon Conner Williams appeals the district court's order denying his motion for reduction of his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Williams,* No. 0:99–cr–00659–CMC–7 (D.S.C. Dec. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*